FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2022

No. 04-21-00535-CV

**TEXAS BRANDON CORPORATION, INC.** and Ronald Wilson,
Appellants

v.

**EOG**, Karbuhn Oil Company, Robert E. Brandt, Chad E. Brandt, Joachim K. Leicht, Dick A. Tracy, and Alicat, Energy,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

After consideration, we **GRANT** appellees' First Motion for Extension of Time to File Appellees' Brief. Appellees' brief is due **on or before May 16, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court